No. 87–4. WHEAT v. UNITED STATES. C. A. 9th Cir. [Certiorari granted, *ante*, p. 814.] Motion of petitioner to dispense with printing the joint appendix denied.

No. 87–251. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES v. RUSSELL. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 87–382. STATE TAX COMMISSION OF THE STATE OF NEW YORK ET AL. v. HERZOG BROTHERS TRUCKING, INC., AKA HERZOG BROTHERS, INC., ET AL. Ct. App. N. Y. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 87–5411. IN RE SHIBUYA. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 23, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of mandamus without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–5425. ROBERTS v. ROBERTS. App. Ct. Ill., 3d Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 23, 1987, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–5436. JONES v. FARM CREDIT ADMINISTRATION. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until November 23, 1987, within